| | |
|---|---|
| 1 | McCARTHY, JOHNSON & MILLER |
| | Law Corporation |
| 2 | DIANE SIDD-CHAMPION, ESQ., #78140 |
| | ELIZABETH MASSON, ESQ., # 240812 |
| 3 | 595 Market Street, Suite 2200 |
| | San Francisco, CA  94105 |
| 4 | Telephone:  (415) 882-2992 |
| | Facsimile:   (415) 882-2999 |
| 5 | E-mail:  emasson@mjmlaw.us |
| 6 | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE PLASTERING INDUSTRY WELFARE TRUST FUND; BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA PLASTERING INDUSTRY PENSION TRUST FUND; BOARD OF TRUSTEES OF THE OPERATIVE PLASTERERS LOCAL UNION NO. 66 SUPPLEMENTAL RETIREMENT BENEFIT FUND; BOARD OF TRUSTEES OF THE OPERATIVE PLASTERERS LOCAL UNION NO. 66 JOURNEYMAN AND APPRENTICE TRAINING TRUST FUND; and BOARD OF TRUSTEES OF THE PLASTERING INDUSTRY LABOR-MANAGEMENT COOPERATION COMMITTEE TRUST FUND, <br><br> Plaintiffs, <br><br> v. <br><br> EZELL EALY, JR. d/b/a EZELL'S PLASTERING CO., <br><br> Defendant. | Case No.  C 06 7299 MHP <br><br> ~~(PROPOSED)~~ <br><br> **JUDGMENT BY DEFAULT** <br> (Fed. R. Civ. P. 55(b)(2)) <br><br> Date:     May 14, 2007 <br> Time:    2:00 p.m. <br> Courtroom:    15 |

Defendant Ezell Ealy, Jr. d/b/a Ezell's Plastering Co., having failed to plead or otherwise defend in this action;

Now upon motion of the Plaintiffs and upon declaration that Defendant is indebted to Plaintiffs for attorneys' fees and costs, that Defendant is not an infant or incompetent person, and that Defendant

1  is not in the military service of the United States,

2      Defendant is hereby ORDERED to submit to an audit for the period from July 2001to date of

3  audit, and to produce all records necessary to determine whether Defendant has fully met all of its

4  obligations to report and pay fringe benefit contributions to Plaintiffs for all hours paid for or worked

5  by its employees.

6      Defendant is further ORDERED to pay attorneys' fees of $ 4,214.00 and costs of $425.00, for

7  a total of $4,639.00.

9  Dated: _July 19, 2007_____

10 MARILYN HALL PATEL
   UNITED STATES

IT IS SO ORDERED

Judge Marilyn H. Patel

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA