1  McCARTHY, JOHNSON & MILLER
        Law Corporation
2  DIANE SIDD-CHAMPION, ESQ., #78140
   595 Market Street, Suite 2200
3  San Francisco, CA  94105
   Telephone:  (415) 882-2992
4  Facsimile:   (415) 882-2999
   E-mail:  dsidd-champion@mjmlaw.us
5

6  Attorneys for Plaintiffs

7

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                         SAN FRANCISCO DIVISION
11

12  BOARD OF TRUSTEES OF THE PLASTERING ) Case No.  C 06 7299 MHP
    INDUSTRY WELFARE TRUST FUND; BOARD )
13  OF TRUSTEES OF THE NORTHERN        ) **ORDER AWARDING**
    CALIFORNIA PLASTERING INDUSTRY     ) **ATTORNEYS' FEES AND COSTS**
14  PENSION TRUST FUND; BOARD OF TRUSTEES ) **TO PLAINTIFFS IN CONNECTION**
    OF THE OPERATIVE PLASTERERS LOCAL  ) **WITH CONTEMPT MOTION**
15  UNION NO. 66 SUPPLEMENTAL RETIREMENT )
    BENEFIT FUND; BOARD OF TRUSTEES OF THE )
16  OPERATIVE PLASTERERS LOCAL UNION   )
    NO. 66 JOURNEYMAN AND APPRENTICE   )
17  TRAINING TRUST FUND; and BOARD OF  )
    TRUSTEES OF THE PLASTERING INDUSTRY )
18  LABOR-MANAGEMENT COOPERATION       )
    COMMITTEE TRUST FUND,              )
19                                     )
                 Plaintiffs,            )
20                                     )
           v.                           )
21                                     )
    EZELL EALY, JR. d/b/a EZELL'S PLASTERING )
22  CO.,                                )
                                        )
23               Defendant.             )
    _____ )
24

25

26

27

28

1 On December 19, 2007, this Court issued an Order Holding Ezell Ealy, Jr. in Contempt of
2 Court, providing, *inter alia*, that Defendant shall pay Plaintiffs' reasonable attorneys' fees and costs
3 incurred in bringing the Motion for Order to Show Cause Why Ezell Ealy, Jr. Should Not Be Held in
4 Contempt of Court. Pursuant to the Order, Plaintiff filed a declaration concerning the amount of
5 attorneys' fees and costs incurred in connection with this motion and the basis therefor.

6 The Court finds that Plaintiffs have incurred reasonable attorneys' fees in the amount of
7 $7,838.50 and costs in the amount of $591.31 in connection with the Motion for Order to Show Cause
8 Why Ezell Ealy, Jr. Should Not Be Held in Contempt of Court. Accordingly, Ezell Ealy, Jr. is ordered
9 to pay $7,838.50 to Plaintiffs for their reasonable attorneys' fees and $591.31 for reasonable costs
10 incurred in bringing the Motion for Order to Show Cause Why Ezell Ealy, Jr. Should Not Be Held in
11 Contempt of Court, for a total of $8,429.81.

12 IT IS SO ORDERED.

14 Dated: January 17, 2008    By: _____
15                                 MARILYN HALL PATEL
                                UNITED STATES DISTRICT JUDGE

